U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

MAR 14 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:12CR00075-01 |
| | 18 U.S.C. § 287 |
| VERSUS | |
| | JUDGE MINALDI |
| ANNETTE P. VICTORIAN, | |
| individually and d/b/a | MAGISTRATE JUDGE KAY |
| ANNETTE'S DEVELOPMENTAL | |
| AND LEARNING CENTER | |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNTS 1-28

### False Claims
[18 U.S.C. § 287]

A.   AT ALL TIMES RELEVANT HEREIN:

1.   The Child Care Assistance Program ("CCAP") is funded by a United States Department of Health and Human Services ("HHS") block grant and is administered by the Louisiana Department of Children and Family Services, Economic Stability Section. The objective of this program is to provide financial assistance for parents who are working or attending school or training through payments for childcare eligible providers. The amount of the payment is based upon the number of hours the parents work or attend school or training, the family size, the household income and the amount charged by the childcare provider. Payments for childcare services are made to Class A day care centers, school child care programs, registered family child day care homes or in-home providers.

1

2. Class A day care centers provide care to seven or more unrelated children and are regulated by the Louisiana Department of Children and Family Services, Bureau of Licensing. The Class A center must sign a "Class A Center Provider Agreement" which stipulates conditions under which centers must operate and provides for monitoring by the Department of Children and Family Services.

3. Among other things, eligible providers must keep a daily attendance record for each child participating in CCAP, which includes arrival and departure times.

4. To receive payment from the Louisiana Department of Children and Family Services, the provider must complete and submit a monthly provider invoice, which includes the number of days or hours that each child attended and the days, or hours, each child was absent.

5. At all times relevant herein, ANNETTE'S DEVELOPMENTAL AND LEARNING CENTER in Lake Charles, Louisiana, was a Class A Day Care Provider.

6. Between June 2006 and September 2009, ANNETTE'S DEVELOPMENTAL AND LEARNING CENTER was owned by defendant, ANNETTE P. VICTORIAN.

B. FALSE CLAIMS:

On or about the dates set forth below, in the Western District of Louisiana, the defendant, ANNETTE P. VICTORIAN, individually and d/b/a ANNETTE'S DEVELOPMENTAL AND LEARNING CENTER, knowingly made and presented to the Louisiana Department of Children and Family Services, Economic Stability, a false claim upon and against the United States, that is, a provider invoice for ANNETTE'S DEVELOPMENTAL AND LEARNING CENTER for the months set forth below, claiming

reimbursement for day care services for certain specified children, knowing that the claim was false in that the claim listed an inflated and/or inaccurate number of hours of attendance for the children.

| COUNT | SERVICE MONTH | SIGNATURE DATE ON INVOICE |
|---|---|---|
| 1 | April 2007 | May 1, 2007 |
| 2 | May 2007 | June 5, 2007 |
| 3 | June 2007 | July 2, 2007 |
| 4 | July 2007 | August 1, 2007 |
| 5 | August 2007 | invoice not signed or dated |
| 6 | September 2007 | October 2, 2007 |
| 7 | October 2007 | November 1, 2007 |
| 8 | November 2007 | December 3, 2007 |
| 9 | December 2007 | December 31, 2007 |
| 10 | January 2008 | February 1, 2008 |
| 11 | February 2008 | March 3, 2008 |
| 12 | March 2008 | April 1, 2008 |
| 13 | April 2008 | May 1, 2008 |
| 14 | May 2008 | June 2, 2008 |
| 15 | June 2008 | July 2, 2008 |
| 16 | July 2008 | August 1, 2008 |
| 17 | August 2008 | September 3, 2008 |
| 18 | October 2008 | November 3, 2008 |
| 19 | November 2008 | December 4, 2008 |

| COUNT | SERVICE MONTH | SIGNATURE DATE ON INVOICE |
|---|---|---|
| 20 | January 2009 | January 2, 2009 |
| 21 | February 2009 | March 6, 2009 |
| 22 | March 2009 | March 31, 2009 |
| 23 | April 2009 | April 30, 2009 |
| 24 | May 2009 | June 1, 2009 |
| 25 | June 2009 | July 2, 2009 |
| 26 | July 2009 | July 3, 2009 |
| 27 | August 2009 | invoice signed but not dated |
| 28 | September 2009 | October 1, 2009 |

All in violation of Title 18, United States Code, Section 287.  [18 U.S.C. § 287].

A TRUE BILL:

REDACTED

F(                                          JURY

STEPHANIE A. FINLEY
United States Attorney

By: _____
KELLY P. UEBINGER (Bar No. 21028)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618

4